# United States Court of Appeals
## For the First Circuit

No. 03-2647

DONALD L. CARCIERI, in his capacity as Governor of the State of
Rhode Island; STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS, a
sovereign State of the United States; TOWN OF CHARLESTOWN, RHODE
ISLAND,

Plaintiffs, Appellants,

v.

DIRK KEMPTHORNE, in his capacity as Secretary of the Department
of the Interior, United States; FRANKLIN KEEL, in his capacity as
Eastern Area Director of the Bureau of Indian Affairs, within the
Department of Interior, United States,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on July 20, 2007 is amended
as follows:

Cover page: insert "and" before "Hobbs, Straus, Dean . . ."
in Mississippi Band of Choctaw Indians' attorneys line

Page 52, line 1: replace "therein" with "thereon"

Page 55, line 17: replace "evidence" with "evident"

Page 59, line 13: replace "Associate" with "Associated"

Page 64, line 19: replace "was" with "is"